

# Fourth Court of Appeals
## San Antonio, Texas

August 9, 2018

No. 04-16-00630-CR & 04-16-00631-CR

Cody Lon **SMITH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B-07-057 & B-15-631
Honorable Rex Emerson, Judge Presiding

# O R D E R

The State's brief was originally due July 6, 2018; however, the court granted an extension of time to file the brief until August 6, 2018. The State has filed a motion requesting an additional twenty-one days, until August 27, 2018, to file the brief.

We **grant** the motion and order the State's brief due **August 27, 2018**. Counsel is advised that no further extensions of time will be granted absent a motion, filed by the date the brief is due, that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance. If the brief or a conforming motion is not filed by the date ordered, the court submit the appeal without a State's brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of August, 2018.



Keith E. Hottle
Clerk of Court